# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TATE, SAUNDRA D | § | Case No. 10-21335 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/17/2012 in Courtroom 742,

United States Courthouse
219 South Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/20/2012                         By: /s/ Andrew J. Maxwell
                                                                              Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
TATE, SAUNDRA D § Case No. 10-21335
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,647.86 |
| and approved disbursements of | $ | 46.74 |
| leaving a balance on hand of[1] | $ | 5,601.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,314.79 | $ 0.00 | $ 1,314.79 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 7,664.00 | $ 0.00 | $ 4,281.09 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 9.38 | $ 0.00 | $ 5.24 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 5,601.12 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,092.23  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ 1,419.68 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank | $ 13,167.27 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA, N.A. | $ 9,025.70 | $ 0.00 | $ 0.00 |
| 000005 | GE Money Bank | $ 479.58 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $           0.00

Remaining Balance        $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-21335-CAD
Saundra D Tate                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 2          Date Rcvd: Apr 23, 2012
                              Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2012.
```
db         +Saundra D Tate,    12604 S. Harvard Ave.,    Chicago, IL 60628-7223
15554547   +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
15700579   +Bay View Loan,    4425 Ponce De Leon,    Miami Fl 33146-1837
15554548   +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
15554550   +Chase (second mortgage),    Po Box 24696,   Columbus, OH 43224-0696
16736774    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15554551   +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
15554552   +Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
15554556   +Sears/cbsd,    Sears Bk Recovery,    Po Box 20363,    Kansas City, MO 64195-0363
15554557    USAA FEDERAL SAVINGS BANK,    10750 MCDERMOTT FREEWAY,    San Antonio, TX 78288-0549
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17542491       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 24 2012 02:55:00
                American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                Oklahoma City, OK  73124-8840
16688542       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 24 2012 02:55:01
                American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
                Oklahoma City, OK  73124-8840
16688668       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2012 02:56:31    Discover Bank,
                Discover Products Inc.,    PO Box 3025,    New Albany, OH  43054-3025
15554553      +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2012 02:56:31    Discover Fin,
                Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
17125069       E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2012 02:58:02    GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15554555       E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2012 02:57:09    Sams Club,    P.O. Box 105994,
                Atlanta, GA 30348-5994
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15554554     Jeffrey Eckler
15554549*   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: adragonet              Page 2 of 2                  Date Rcvd: Apr 23, 2012
                               Form ID: pdf006              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2012 at the address(es) listed below:
          Andrew J Feldman    on behalf of Debtor Saundra Tate andrewjfeldman@hotmail.com
          Andrew J Maxwell    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
          Ernesto D Borges    on behalf of Debtor Saundra Tate notice@billbusters.com,
           billbusters@bestclientinc.com;BorgesLawOffices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 4