UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
TATE, SAUNDRA D § Case No. 10-21335
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter    on              . The case was pending for    months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase (second mortgage) Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Mtg 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Citi P.o. Box 6500 Sioux Falls, SD 57117 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Sams Club P.O. Box 105994 Atlanta, GA 30348-5994 | | | | | |
| | Sears/cbsd Sears Bk Recovery Po Box 20363 Kansas City, MO 64195 | | | | | |
| | USAA FEDERAL SAVINGS BANK 10750 MCDERMOTT FREEWAY San Antonio, TX 78288-0549 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-21335 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | TATE, SAUNDRA D | | | | Date Filed (f) or Converted (c): | 05/10/10 (f) |
| | | | | | 341(a) Meeting Date: | 07/20/10 |
| For Period Ending: | 06/12/12 | | | | Claims Bar Date: | 04/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT: 12604 S. HARVARD AVE., CHI | 127,785.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH CHASE | 100.00 | 100.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH CREDIT UNION ONE | 300.00 | 300.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT WITH CITIBANK | 45.00 | 45.00 | | 0.00 | FA |
| 5. CD/MUTUAL FUND WITH CHASE | 250.00 | 250.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. BOOKS, PICTURES, AND COLLECTIBLES | 600.00 | 600.00 | | 0.00 | FA |
| 8. CLOTHING | 500.00 | 500.00 | | 0.00 | FA |
| 9. JEWELRY | 20.00 | 20.00 | | 0.00 | FA |
| 10. TERM-LIFE POLICY - THROUGH MET-LIFE - NO CASH SURR | 0.00 | 0.00 | | 0.00 | FA |
| 11. IRA THROUGH FORMER EMPLOYER - 100% EXEMPT ESTIMATE | 804.57 | 804.57 | | 0.00 | FA |
| 12. ANNUITY THROUGH FORMER EMPLOYER - 100% EXEMPT | 11,853.88 | 11,853.88 | | 0.00 | FA |
| 13. FIDELITY STOCK PER THE 11/2009 STATEMENT | 0.08 | 0.08 | | 0.00 | FA |
| 14. VERIZON STOCK PER THE 11/2009 STATEMENT | 4,194.85 | 4,194.85 | | 4,194.85 | FA |
| 15. AT & T STOCK PER THE 10/2009 STATEMENT | 12.86 | 12.86 | | 0.00 | FA |
| 16. AT & T STOCK PER THE 10/2009 STATEMENT | 5.21 | 5.21 | | 132.70 | FA |
| 17. MICROSOFT STOCK PER THE 11/2009 STATEMENT | 651.17 | 651.17 | | 651.17 | FA |
| 18. NIKE STOCK PER THE 12/2009 STATEMENT | 4.32 | 4.32 | | 0.00 | FA |
| 19. CHASE STOCK PER THE 12/2009 STATEMENT | 1,013.52 | 1,013.52 | | 668.54 | FA |
| 20. STOLEN CAR INSUANCE PAYOUT | 2,200.00 | 2,200.00 | | 0.00 | 2,200.00 |
| 21. DOMESTIC CAT | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.60 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $151,340.46 | $23,555.46 | | $5,647.86 | $2,200.00 |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 10-21335 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | TATE, SAUNDRA D | | | | Date Filed (f) or Converted (c): | 05/10/10 (f) |
| | | | | | 341(a) Meeting Date: | 07/20/10 |
| | | | | | Claims Bar Date: | 04/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-Asset notice filed 1/13/11

-continuing investigation of stock interests

-

Initial Projected Date of Final Report (TFR): 09/30/11        Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-21335 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TATE, SAUNDRA D | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4526  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4550 | | | |
| For Period Ending: | 06/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/17/11 | * NOTE * | Computershare Inc. | STOCK | 1121-000 | 5,514.56 | | 5,514.56 |
| | | | * NOTE * Properties 14, 17, 19 | | | | |
| 03/17/11 | 16 | Computershare/Verizon  250 Royall St.  Canton, MA 02021 | STOCK | 1123-000 | 132.70 | | 5,647.26 |
| 03/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 5,647.28 |
| 04/29/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,647.32 |
| 05/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,647.37 |
| 06/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,647.42 |
| 07/29/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,647.46 |
| 08/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,647.51 |
| 09/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,647.56 |
| 10/31/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,647.61 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.19 | 5,640.42 |
| 11/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,640.47 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 6.95 | 5,633.52 |
| 12/30/11 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,633.57 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 6.95 | 5,626.62 |
| 01/31/12 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,626.67 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.38 | 5,619.29 |
| 02/29/12 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,619.33 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 6.68 | 5,612.65 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD.  ONE SHELL SQUARE  701 POYDRAS STREET, STE 420  NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 4.69 | 5,607.96 |
| 03/30/12 | 22 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,608.01 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 6.90 | 5,601.11 |

Page Subtotals    5,647.85    46.74

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-21335 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TATE, SAUNDRA D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4526 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4550 | | |
| For Period Ending: | 06/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/12 | 22 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 5,601.12 |
| 04/04/12 | | Transfer to Acct #*******5334 | Final Posting Transfer | 9999-000 | | 5,601.12 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,647.86 | 5,647.86 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,601.12 | |
| Subtotal | 5,647.86 | 46.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,647.86 | 46.74 | |

Page Subtotals     0.01     5,601.12

Ver: 16.06b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-21335 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TATE, SAUNDRA D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5334 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4550 | | |
| For Period Ending: | 06/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/04/12 | | Transfer from Acct #*******4526 | Transfer In From MMA Account | 9999-000 | 5,601.12 | | 5,601.12 |
| 05/18/12 | 001001 | ANDREW J. MAXWELL | COMPENSATION - TRUSTEE | 2100-000 | | 1,314.79 | 4,286.33 |
| | | 105 W. Adams | Final Distribution | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, ILLINOIS 60603 | | | | | |
| 05/18/12 | 001002 | MAXWELL LAW GROUP, LLC | ATTY FOR TR - FEES (TR. FIRM) | 3110-000 | | 4,281.09 | 5.24 |
| | | 105 WEST ADAMS | Final Distribution | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| 05/18/12 | 001003 | MAXWELL LAW GROUP, LLC | ATTY FOR TRUSTEE EXP (TR. FIRM) | 3120-000 | | 5.24 | 0.00 |
| | | 105 WEST ADAMS | Final Distribution | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,601.12 | 5,601.12 | 0.00 |
| Less: Bank Transfers/CD's | 5,601.12 | 0.00 | |
| Subtotal | 0.00 | 5,601.12 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,601.12 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******4526 | 5,647.86 | 46.74 | 0.00 |
| Checking Account (Non-Interest Earn - *******5334 | 0.00 | 5,601.12 | 0.00 |
| | 5,647.86 | 5,647.86 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 5,601.12 5,601.12

Ver: 16.06b

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-21335 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | TATE, SAUNDRA D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5334 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4550 | | |
| For Period Ending: | 06/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - ********4526

Checking Account (Non-Interest Earn - ********5334

Page Subtotals   0.00   0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*